21461. SPENCER *v.* MILLER.

BROYLES, C. J. The verdict was authorized by the evidence, and the overruling of the motion for a new trial, based upon the usual general grounds, was not error.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED JUNE 9, 1931.

*M. B. Eubanks,* for plaintiff in error. . *Porter & Mebane,* contra.